**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-7988**

---

ORLANDO RAPHEAL CLARK,

                                        Plaintiff - Appellant,

        versus

J. SCHRECKER,

                                        Defendant - Appellee,

        and

WILE; JOSHUA COLT HOFMANN,

                                        Defendants.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-02-737-BO)

---

Submitted: May 16, 2006                 Decided: May 22, 2006

---

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Orlando Rapheal Clark, Appellant Pro Se. Tiffanie W. Sneed, FAYETTEVILLE POLICE DEPARTMENT, Fayetteville, North Carolina; Karen M. McDonald, CITY OF FAYETTEVILLE, Fayetteville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Orlando Rapheal Clark appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Clark v. Schrecker, No. CA-02-737-BO (E.D.N.C. July 12 & Dec. 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED